**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-1521**

---

LEROY THURSTON,

                       Plaintiff - Appellant,

     versus

LOUISA COUNTY SCHOOL BOARD,

                       Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. James H. Michael, Jr., Senior District Judge. (CA-97-109-3-C)

---

Submitted: August 24, 1999        Decided: October 22, 1999

---

Before WIDENER, ERVIN,[*] and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Leroy Thurston, Appellant Pro Se. David Zev Izakowitz, Donald Dixon Long, WOODS, ROGERS & HAZELGROVE, Charlottesville, Virginia, for Appellee.

---

     [*] Judge Ervin participated in the consideration of this case but died prior to the time the decision was filed. The decision is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leroy Thurston appeals from the district court's order granting summary judgment in favor of the Louisa County School Board in his case arising under Title VII, 42 U.S.C. § 2000e-2(a)(1) (1994), and Fair Labor Standards Act, 29 U.S.C.A. § 215(a)(3) (West 1998). On appeal, Thurston claims that his attorney did not properly conduct discovery, and he disputes the amount of money that he owes to counsel. Our review is limited to the issues raised by Thurston in his informal brief. See 4th Cir. R. 34(b). Because there is no right to counsel in a civil case, Thurston's claims regarding his attorney's alleged errors are not cognizable in this appeal. See Sanchez v. United States Postal Serv., 785 F.2d 1236, 1237 (5th Cir. 1986) (holding that there is no right to effective assistance of counsel in civil cases). Accordingly, we affirm the order of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED